**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CECIL W. SAMMONS,

    Plaintiff,

vs.                                                      CASE NO. 6:07-CV-277-ORL-19DAB

SONIC-NORTH CADILLAC, INC.,
d/b/a Massey Cadillac,

    Defendant.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 37, filed November 14, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 37) is **ADOPTED and AFFIRMED.** The Unopposed Motion to Life Stay and Enter Dismissal (Doc. No. 32, filed October 30, 2007) is **GRANTED.** The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___27th___ day of November, 2007.

_[signature]_

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record